No. 82–1020. SMITH v. SOUTHERN RAILWAY CO. C. A. 4th Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 82–1059. EHMANN v. WEBSTER, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION, ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 82–1025. CHURCH OF SCIENTOLOGY MISSION OF DAVIS ET AL. v. CHRISTOFFERSON. Ct. App. Ore. Motion of Churches for Fairness for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 82–1032. DOUCET v. DIAMOND M DRILLING CO. C. A. 5th Cir. Motion of Mississippi Trial Lawyers Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 82–1075. CPG PRODUCTS CORP. ET AL. v. ANTI-MONOPOLY, INC. C. A. 9th Cir. Motions for leave to file briefs as *amici curiae* by the following were granted: United States Trademark Association, Committee on Trademarks and Unfair Competition of the Association of the Bar of the City of New York, Grocery Manufacturers of America, Inc., Bar Association of the District of Columbia et al., Chamber of Commerce of the United States, National Association of Manufacturers, Toy Manufacturers of America, Inc., and Procter & Gamble Co. Certiorari denied.